IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY ELKO COMFORT, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 12-1780 |
| ) | |
| v. ) | Judge Cathy Bissoon |
| ) | |
| PRC ACQUISITION, LLC, d/b/a ) | |
| THE CLUB SPORT & HEALTH, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Defendant's Motion to Dismiss (Doc. 7) Counts I and IV of the Complaint will be denied.

For the purposes of Rule 12(b)(6), Plaintiff has alleged sufficient facts in support of her claims of gender discrimination under Title VII. *See* Compl. at ¶¶ 12-25. Defendant's request for dismissal of Count I, therefore, is denied without prejudice to Defendant's reasserting its arguments on summary judgment.[1]

As to Count IV, Plaintiff is correct that claims under the Equal Pay Act do not require administrative exhaustion. Wormack v. Shinseki, 2010 WL 2650430, *10 (W.D. Pa. Jul. 1, 2010) (citations omitted). Thus, Defendant is not entitled to dismissal of Count IV.

---

[1] Plaintiff has expressly disavowed any claim for hostile working environment, *see* Doc. 10 at 9-10, and she is bound by this representation moving forward.

Consistent with the foregoing, Defendant's Motion to Dismiss (**Doc. 7**) is **DENIED**.


April 10, 2013                                           s\Cathy Bissoon
                                                         Cathy Bissoon
                                                         United States District Judge

cc (via ECF email notification):

All Counsel of Record